# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| KAREN MARQUARDT, | |
|              Plaintiff, | 2:14-cv-01920-GMN-VCF |
| | **ORDER** |
| vs. | |
| NATIONSTAR MORTGAGE LLC, | |
|              Defendant. | |

Before the court is *Karen Marquardt v. Nationstar Mortgage LLC*, case number 2:14-cv-01920-GMN-VCF.  This matter has been referred to the undersigned to schedule discovery deadlines. (#32).

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 2:00 p.m., August 14, 2015, in courtroom 3D.

DATED this 10th day of August, 2015.


CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE