# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KAREN MARQUARDT, | |
| Plaintiff, | 2:14-cv-01920-GMN-VCF |
| vs. | **ORDER** |
| NATIONSTAR MORTGAGE LLC, | |
| Defendant. | |

Before the court is *Karen Marquardt v. Nationstar Mortgage LLC*, case number 2:14-cv-01920-GMN-VCF. This matter has been referred to the undersigned to schedule discovery deadlines. (#32). A discovery hearing was scheduled for 2:00 p.m., August 14, 2015. (#34). The court has been informed that the parties have reached a settlement. (#34).

Accordingly,

IT IS HEREBY ORDERED that the hearing scheduled for 2:00 p.m., August 14, 2015 is VACATED.

DATED this 10th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE