ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
        allison.schmidt@akerman.com

GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER, & JOHNSON CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 362-6666
Facsimile:  (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Attorneys for Nationstar Mortgage, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN MARQUARDT,<br><br>Petitioner<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Respondent. | Case No.:  2:14-cv-01920-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING DISMISSAL PAPERS** |

This court's minute order of August 11, 2015 [ECF No. 36] requires the parties to file a stipulation and order for dismissal by no later than September 24, 2015.  Due to the anticipated schedule of counsel, the parties request a two-week extension of the deadline to file their stipulation for dismissal.

Last July, the parties' counsel exchanged emails discussing the principal material terms of a possible settlement.  The petitioner accepted the terms on August 10, 2015, notifying the respondent's counsel via email.  The petitioner's counsel also notified the court of the settlement

{36180297;1}                                                      1

[ECF No. 34]. However, the parties had not at that time reduced the settlement terms to a written contract. At the time, principal counsel for the respondent was out of the country. As a result, work on the settlement agreement did not begin until early September.

While the parties are working toward finalizing the settlement agreement, counsel for the plaintiff expects to be out of the office this week, making it doubtful whether the settlement agreement will be finalized and executed by September 24. The parties therefore request that the court extend the deadline to file a stipulation and order for dismissal by two weeks, making it due on October 8, 2015.

DATED this 14th day of September, 2015.

| **AKERMAN LLP** | **CONNAGHAN|NEWBERRY** |
|---|---|
| /s/ *Ariel Stern* | /s/ *Paul Connaghan* |
| ARIEL E. STERN, ESQ. | PAUL R. CONNAGHAN, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 3229 |
| ALLISON R. SCHMIDT, ESQ. | TARA D. NEWBERRY, ESQ. |
| Nevada Bar No. 10743 | Nevada Bar No. 10696 |
| 1160 Town Center Drive, Suite 330 | 7854 West Sahara Avenue |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89117 |

**KRAVITZ, SCHNITZER, & JOHNSON CHTD**
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

*Attorneys for Nationstar Mortgage, LLC*

**IT IS SO ORDERED.**

DATED this 15th of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court