ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
            allison.schmidt@akerman.com


GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER, & JOHNSON CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 362-6666
Facsimile:  (702) 362-2203
Email:  gschnitzer@ksjattorneys.com

*Attorneys for Nationstar Mortgage, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN MARQUARDT,<br><br>                Petitioner<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>                Respondent. | Case No.:  2:14-cv-01920-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING DISMISSAL PAPERS** |

This court's minute order of August 11, 2015 [ECF No. 36] required the parties to file a stipulation and order for dismissal by no later than September 24, 2015.  On September 14, 2015, the parties filed a stipulation requesting the court extend that deadline to October 8, 2015.  [ECF No. 37].

The parties have made progress toward finalizing the settlement agreement, additional time is necessary.  The part have exchanged drafts of the settlement agreement, but need to resolve a small

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

number of remaining issues.  For this reason, the parties request the court extend the deadline to file

dismissal papers to October 22, 2015.

DATED this 8th day of October, 2015.

**AKERMAN LLP**

/s/ *Ariel Stern*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**KRAVITZ, SCHNITZER, & JOHNSON CHTD**
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

*Attorneys for Nationstar Mortgage, LLC*

**CONNOGHAN|NEWBERRY**

/s/ *Paul Conneghan*
PAUL R. CONNEGHAN, ESQ.
Nevada Bar No. 3229
TARA D. NEWBERRY, ESQ.
Nevada Bar No. 10696
7854 West Sahara Avenue
Las Vegas, Nevada 89117

**IT IS SO ORDERED.**

DATED this _____9_____ of October, 2015.

_____
United States District Judge

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572