ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
           allison.schmidt@akerman.com

GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER, & JOHNSON CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 362-6666
Facsimile:  (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Attorneys for Nationstar Mortgage, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN MARQUARDT,<br><br>                    Petitioner<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>                    Respondent. | Case No.:  2:14-cv-01920-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING DISMISSAL PAPERS** |

The parties have reached a settlement agreement, continue to make progress toward formalizing, but need additional time. Counsel for Nationstar Mortgage, LLC awaits Nationstar's review of settlement documentation. That process has taken longer than Nationstar's counsel anticipated. Nationstar's counsel believes the settlement agreement shall be formalized, with settlement closing and dismissal to occur on or prior to December 1, 2015. For this reason, the parties request the court extend the deadline to file dismissal papers to December 1, 2015.

1    DATED this 30th day of October, 2015.

| **AKERMAN LLP** | **CONNOGHAN\|NEWBERRY** |
|---|---|
| /s/ *Ariel Stern* | /s/ *Paul Conneghan* |
| ARIEL E. STERN, ESQ. | PAUL R. CONNEGHAN, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 3229 |
| ALLISON R. SCHMIDT, ESQ. | TARA D. NEWBERRY, ESQ. |
| Nevada Bar No. 10743 | Nevada Bar No. 10696 |
| 1160 Town Center Drive, Suite 330 | 7854 West Sahara Avenue |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89117 |

**KRAVITZ, SCHNITZER, & JOHNSON CHTD**
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

*Attorneys for Nationstar Mortgage, LLC*

**IT IS SO ORDERED.**

DATED this __2nd__ of November, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

{36357322;1}