# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KAREN MARQUARDT,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>        Defendant. | 2:14-cv-01920-GMN-VCF<br><br>Consolidated with 2:14-cv-01961-GMN-VCF<br><br>**ORDER** |

      Before the court are the Motion for Leave to File Under Seal, Emergency Motion to Enforce Confidential Settlement Agreement (#44), Emergency Motion to Enforce Settlement (#45), and Motion to Shorten Time to Hearing in Camera Emergency Motion to Enforce Confidential Settlement Agreement (#47).

      IT IS HEREBY ORDERED that a hearing on the Emergency Motion to Enforce Settlement (#45), is scheduled for **10:00 a.m., December 23, 2015, in courtroom 3A**. Any opposition to the Emergency Motion to Enforce Settlement (#45) must be filed on or before December 21, 2015.

      IT IS FURTHER ORDERED that the Motion for Leave to File Under Seal, Emergency Motion to Enforce Confidential Settlement Agreement (#44) and the Motion to Shorten Time to Hearing in Camera Emergency Motion to Enforce Confidential Settlement Agreement (#47) are GRANTED.

      DATED this 15th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE