ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
          allison.schmidt@akerman.com

GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER, & JOHNSON CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 362-6666
Facsimile:  (702) 362-2203
Email:  gschnitzer@ksjattorneys.com

*Attorneys for Nationstar Mortgage, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN MARQUARDT,<br><br>            Petitioner<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>            Respondent. | Case No.:  2:14-cv-01920-GMN-VCF<br><br>**STIPULATION AND ORDER TO AND FOR DISMISSAL WITH PREJUDICE** |

Respondent Nationstar Mortgage, LLC and Petitioner Karen Marquardt, by and through their counsel, hereby stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(1)(B)(ii) of the Federal Rules of Civil Procedure.

The parties further stipulate and agree that the affidavit Petitioner obtained from Kevin Ledford, executed on October 19, 2015 is not valid for any purpose

The parties further stipulate and agree that the deposition transcript of Kevin Ledford from the March 18, 2015 deposition taken in this matter is not valid for any purpose.

{37186633;1}                                                     1

The parties further agree that the settlement agreement dated January 9, 2016 shall survive the dismissal.

The parties further stipulate and agree that each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 14th day of January, 2016.

| **AKERMAN LLP** | **CONNAGHAN|NEWBERRY** |
|---|---|
| /s/ *Ariel Stern* | /s/ *Paul Connaghan* |
| ARIEL E. STERN, ESQ. | PAUL R. CONNAGHAN, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 3229 |
| ALLISON R. SCHMIDT, ESQ. | TARA D. NEWBERRY, ESQ. |
| Nevada Bar No. 10743 | Nevada Bar No. 10696 |
| 1160 Town Center Drive, Suite 330 | 7854 West Sahara Avenue |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89117 |

**KRAVITZ, SCHNITZER, & JOHNSON CHTD**
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

*Attorneys for Nationstar Mortgage, LLC*

**ORDER**

IT IS SO ORDERED:

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED this 20 day of January, 2016.

{37186633;1}